UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  05CR 10124WGY
UNITED STATES OF AMERICA      ) Crim. No.
                              )
                              ) Violations:
      v.                      )
                              ) 18 U.S.C. §§892(a), 894
                              ) and 2.
VIRGIL "DUKE" FARESE and      )
JAMES ARMSTRONG               )
         Defendants           )
```

### INDICTMENT

The Grand Jury charges that:

At all times material to this Indictment:

1. Defendants VIRGIL "DUKE" FARESE ("FARESE") and JAMES ARMSTRONG ("ARMSTRONG") were members of Local 88 of The Laborers' International Union of North America Compressed Air & Free Air Shafts, Tunnels, Foundations, Caissons Test-Boring, Subway, Sewer Cofferdam Construction Workers Union of Massachusetts and Vicinity (hereinafter referred to as "Local 88").

2. Defendants FARESE and ARMSTRONG were employed by Shea Traylor Healy and working at the Massachusetts Water Resources Authority ("MWRA") jobsite located at Framingham, Massachusetts.

3. John Doe 1 and John Doe 2 were members of Local 88 and working at the MWRA jobsite in Framingham, Massachusetts.

1

## COUNT ONE
### (Conspiracy to Make Extortionate Extensions of Credit)

4. The allegations numbered one through three are realleged and incorporated herein.

5. Continuously from at least as early as February 1997, through in or about December, 2000, in the District of Massachusetts, and elsewhere, the defendants

> VIRGIL "DUKE" FARESE and
> JAMES ARMSTRONG

knowingly and willfully conspired with one another and with others to make extortionate extensions of credit, as defined in Title 18, United States Code, Section 891.

6. It was a part of the conspiracy that between February 1997 through December, 2000, defendants FARESE, ARMSTRONG and other unindicted co-conspirators were involved in the business of lending money to various members of Local 88 at usurious rates of interest upon the understanding that force and violence would be employed against borrowers who defaulted or who were tardy in repaying the principal and interest. For the most part, defendant FARESE was the person to whom Local 88 members were steered to borrow money while ARMSTRONG and other unindicted co-conspirators collected the money.

7. It was a part of the conspiracy that in or around February 1999, John Doe 1 borrowed approximately $500 from FARESE. FARESE instructed John Doe 1 that John Doe 1 would have to pay

"points" or interest on the loan until the loan was paid off. At the time that John Doe 1 borrowed the money from FARESE, he believed that if he did not repay the loan, ARMSTRONG would use violence or cause harm to John Doe 1 and John Doe 1's family.

8.  It was a part of the conspiracy that shortly after borrowing the money from FARESE, and because John Doe 1 feared for his safety and that of his family, John Doe 1 repaid the money to ARMSTRONG.

9.  It was further part of the conspiracy that in the Fall of 2000, John Doe 2 borrowed approximately $1000 from FARESE. FARESE explained to John Doe 2 that the interest on the loan was 10% per week. At the time that John Doe 2 borrowed the money from FARESE, John Doe 2 understood that ARMSTRONG was FARESE's partner. John Doe 2 was aware of ARMSTRONG's reputation for violence and believed that if he did not repay the loan he might be physically harmed by ARMSTRONG.

In violation of Title 18, United States Code, Section 892.

## COUNT TWO
### (Making Extortionate Extensions of Credit)

10. The allegations contained in paragraphs 1 through 3 of this Indictment are repeated, realleged and incorporated by reference as if fully set forth herein.

11. In or about the Fall of 2000, in the District of Massachusetts, the defendants

        VIRGIL "DUKE" FARESE and
        JAMES ARMSTRONG

knowingly and willfully made an extortionate extension of credit to John Doe 2, as defined in Title 18, United States Code, Section 891.

In violation of Title 18, United States Code, Sections 892 and 2.

4

**COUNT THREE**

**(Conspiracy to Collect Extortionate Extensions of Credit)**

12. The allegations numbered one through three and six through nine are realleged and incorporated herein.

13. Continuously from at least as early as February 1997, through in or about December, 2000, in the District of Massachusetts, and elsewhere, the defendants

>VIRGIL "DUKE" FARESE and
>JAMES ARMSTRONG

knowingly and willfully conspired with one another and with others to collect extortionate extensions of credit, as defined in Title 18, United States Code, Section 891.

In violation of Title 18, United States Code, Section 894.

## COUNT FOUR
### (Collection of Extortionate Extensions of Credit)

14. The allegations contained in paragraphs 1 through 3 of this Indictment are repeated, realleged and incorporated by reference as if fully set forth herein.

15. In or about the Fall of 2000, in the District of Massachusetts, the defendants

> VIRGIL "DUKE" FARESE and
>
> JAMES ARMSTRONG

knowingly and willfully conspired with one another and with others to collect an extortionate extension of credit, and did collect an extortionate extension of credit from John Doe 2, as defined in Title 18, United States Code, Section 891.

In violation of Title 18, United States Code, Sections 894.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
LAURA J. KAPLAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; May 12, 2005.

Returned into the District Court by the Grand Jurors and filed.

Courtroom Deputy Clerk

@ 10:55 AM

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**   05 CR 10124 WGY   **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** Boston | **Category No.** II | **Investigating Agency** DEA, BPD, DOL, ICE, FBI |
| **City** Boston, MA | **Related Case Information:** | |
| **County** USA | Superseding Ind./ Inf. _____ Same Defendant _____ Magistrate Judge Case Number _____ Search Warrant Case Number _____ R 20/R 40 from District of _____ | Case No. _____ New Defendant _____ |

**Defendant Information:**

Defendant Name   Virgil "Duke" Farese         Juvenile   ☐ Yes   ☒ No

Alias Name   "Duke"

Address   21 Westgate Road, Framingham, MA

Birth date (Year only):  1933   SSN (last 4 #):  1696   Sex  M   Race:  C   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Laura J. Kaplan         Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No         List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  May 12, 2005         Signature of AUSA:  /s/ Laura Kaplan

05 CR 10124 WGY

≋JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant        Virgil "Duke" Farese

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 892 | Conspiracy to Make Extortionate Extensions of Credit | 1 |
| Set 2 | 18 U.S.C. 892 and 2 | Making Extortionate Extensions of Credit | 2 |
| Set 3 | 18 U.S.C. 894 | Conspiracy to Collect Extortionate Extensions of Credit | 3 |
| Set 4 | 18 U.S.C. 894 | Collection of Extortionate Extensions of Credit | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston        **Category No.** II        **Investigating Agency** DEA, BPD, DOL, ICE, FBI

**City** Boston, MA        **Related Case Information:**

**County** USA

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** James Armstrong        **Juvenile**  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 89 Worcester Street, Boston, MA

**Birth date (Year only):** 1966  **SSN (last 4 #):** 1225  **Sex** M  **Race:** C  **Nationality:** _____

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Laura J. Kaplan        **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 12, 2005        **Signature of AUSA:** _Laura Kaplan_

05 CR 10124 WGY

℅JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   James Armstrong

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 892 | Conspiracy to Make Extortionate Extensions of Credit | 1 |
| Set 2 | 18 U.S.C. 892 and 2 | **Making Extortionate Extensions of Credit** | 2 |
| Set 3 | 18 U.S.C. 894 | Conspiracy to Collect Extortionate Extensions of Credit | 3 |
| Set 4 | 18 U.S.C. 894 | Collection of Extortionate Extensions of Credit | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: