UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 1 0 1 2 4 WGY** |
| ) | Criminal No. _____ |
| v. ) | |
| ) | |
| VIRGIL "Duke" FARESE and ) | |
| JAMES ARMSTRONG | |

### GOVERNMENT'S MOTION TO SEAL
### INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment, the instant motion, the JS-45's and any other documents related to the indictment, be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Laura J. Kaplan
Assistant U.S. Attorney

Date: May 12, 2005

[Handwritten margin notes: "May 12, 2005 . allowed." and "Marianne B. Bowler, USMJ"]