UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10124(WGY) |
| | ) |
| VIRGIL "Duke" FARESE and | ) |
| JAMES ARMSTRONG | ) |

GOVERNMENT'S MOTION TO UNSEAL
INDICTMENT

The United States of America hereby moves this Court to direct that the Indictment be unsealed. In support of this motion, the government states that the defendants were arrested on May 16, 2005, and that there is no further reason to keep the Indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Laura Kaplan
Laura J. Kaplan
Assistant U.S. Attorney

Date: May 16, 2005

*[handwritten margin note:]* May 16, 2005. Allowed. Marianne B. Bowler, USMJ

4