UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL
NO. 05-10124 -WGY

VIRGIL FARESE
JAMES ARMSTRONG

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 5/16/05 before USMJ BOWLER, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 6/13/05  See L.R.116.1(C).

B. The defendant shall provide automatic discovery by 6/13/05 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by .7/5//05 See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 7/19/05 . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 7/6/05 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

5/18/05                                    /s/ Elizabeth Smith

Date                                          Deputy Clerk

(Crinsch1.wp - 11/24/98)