AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Virgil "Duke" Farese and James Armstrong

**WARRANT FOR ARREST**

CASE NUMBER: 05CR10124WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____James Armstrong_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Make Extortionate Extensions of Credit, Making Extortionate Extensions of Credit; Conspiracy to Collect Extortionate Extensions of Credit and Collection of Extortionate Extensions of Credit

in violation of Title __18__ United States Code, Section(s) __892, 892 and 2, 894__

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[signature] Catherine M. Gawlik
Signature of Issuing Officer

5-12-05  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/16/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: James Armstrong

ALIAS: _____

LAST KNOWN RESIDENCE: 89 Worcester Street, Boston, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1966

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1225

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Agency, Boston Police Department, Department of Labor, Immigration and Custom Enforcement, Federal Bureau of Investigation