# KEVIN LAWRENCE BARRON
## ATTORNEY AT LAW

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

June 14, 2005

AUSA Laura Kaplan, Esq.
Office of the US Attorney
One Courthouse Way - 9 Fl.
Boston, MA 02210

RE:   DISCOVERY REQUEST LETTER FILED PURSUANT TO LR 116.3
      <u>United States  v. James Armstrong</u>; Action No. 1:05-cr-10124-WGY

Dear Laura,

This is a discovery request letter pursuant to Local Rule 116.3.  The writer represents defendant James Armstrong.  The Defense requests a bill of particulars and discovery either omitted on automatic discovery or subject to disclosure on written request.

The Defense requests a bill of particulars containing the date, time and place of all acts or statements of Mr. Armstrong that are relevant to the crimes charged in the indictment together with a particularized description of each such act or statement.

The Government's discovery letter of June 1, 2005 indicates that the names of Government witnesses are being withheld under the Jencks Act for reasons of witness safety and potential tampering/intimidation by the defendants.  Mr. Armstrong disputes that he presents a risk of witness tampering and maintains that he is not capable of intimidating such witnesses (believed to be other members of Local 88).  Please provide the names, addresses and dates of birth of said witnesses, their statements recorded in whatever form,  the relevant FBI 302's together with all other investigative records.  To the extent the Government refuses to provide the foregoing, the Defense requests a statement of reasons why the Government maintains that he or others present a risk of tampering or endanger the personal safety of such witnesses.

The Government's discovery letter mentions other witnesses who had borrowed money from one or more of the defendants or unindicted co-conspirators and were not intimidated or subject to extortionate practices.  Please provide the

June 14, 2005 Letter to AUSA Laura Kaplan, Esq.

Page 2 of 2

DISCOVERY REQUEST LETTER FILED PURSUANT TO LR 116.3
*United States v. James Armstrong*; Action No. 1:05-cr-10124-WGY

names, addresses and dates of birth of said witnesses, their statements recorded in whatever form, the relevant FBI 302's together with all other investigative records.

Please provide agent and other police field notes, evidence logs and recordings connected with this investigation.

Please provide all incident reports, police reports and other records connected with individual incidents in furtherance of or connected with the crimes charged.

Please provide a particularized statement concerning defendants' reputation for violence, an element of the crime charged, together with discovery concerning acts of uncharged misconduct that may be referred to in the Government's case. Note that evidence of reputation may be subject to exclusion for unfair prejudice and irrelevance; accordingly, the information requested is subject to disclosure under LR 116.2.

Best regards,

/s/ *Kevin L. Barron*

Kevin L. Barron