UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>05-10124-WGY</u>

UNITED STATES
Plaintiff

v.

VIRGIL FARESE
JAMES ARMSTRONG
Defendant

### SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 7/12/05

Any substantive motions are to be filed by 10/3/05 . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 10/14/05 See LR 116.3(l).

A Final Pretrial Conference will be held on 10/24/05 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 10/24/05

A tentative trial date has been set for 12/5/05

The time between 7/12/05 and 12/5/05 is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**JULY 12, 2005**

**To: All Counsel**