UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. 05-10124-WGY |
| | ) |
| | ) Violations: |
| v. | ) |
| | ) 18 U.S.C. §§892(a), 894 |
| | ) and 2. |
| VIRGIL "DUKE" FARESE and | ) |
| JAMES ARMSTRONG | ) |
|       Defendants | ) |

**FIRST SUPERSEDING INDICTMENT**

The Grand Jury charges that:

At all times material to this Indictment:

1. Defendants VIRGIL "DUKE" FARESE ("FARESE") and JAMES ARMSTRONG ("ARMSTRONG") were members of Local 88 of The Laborers' International Union of North America Compressed Air & Free Air Shafts, Tunnels, Foundations, Caissons Test-Boring, Subway, Sewer Cofferdam Construction Workers Union of Massachusetts and Vicinity (hereinafter referred to as "Local 88").

2. Defendants FARESE and ARMSTRONG were employed by Shea Traylor Healy and working at the Massachusetts Water Resources Authority ("MWRA") jobsite located at Framingham, Massachusetts.

3. John Doe 1 and John Doe 2 were members of Local 88 and working at the MWRA jobsite in Framingham, Massachusetts.

## COUNT ONE
### (Conspiracy to Make Extortionate Extensions of Credit)

4.  The allegations numbered one through three are realleged and incorporated herein.

5.  Continuously from at least as early as February 1997, through in or about December, 2000, in the District of Massachusetts, and elsewhere, the defendants

>    VIRGIL "DUKE" FARESE and
>    JAMES ARMSTRONG

knowingly and willfully conspired with one another and with others to make extortionate extensions of credit, as defined in Title 18, United States Code, Section 891.

6.  It was a part of the conspiracy that between February 1997 through December, 2000, defendants FARESE, ARMSTRONG and other unindicted co-conspirators were involved in the business of lending money to various members of Local 88 at usurious rates of interest upon the understanding that force and violence would be employed against borrowers who defaulted or who were tardy in repaying the principal and interest. For the most part, defendant FARESE was the person to whom Local 88 members were steered to borrow money while ARMSTRONG and other unindicted co-conspirators collected the money.

7.  It was a part of the conspiracy that in or around February 1999, John Doe 1 borrowed approximately $500 from FARESE.  FARESE instructed John Doe 1 that John Doe 1 would have

to pay "points" or interest on the loan until the loan was paid off. At the time that John Doe 1 borrowed the money from FARESE, he believed that if he did not repay the loan, ARMSTRONG would use violence or cause harm to John Doe 1 and John Doe 1's family.

8. It was a part of the conspiracy that shortly after borrowing the money from FARESE, and because John Doe 1 feared for his safety and that of his family, John Doe 1 repaid the money to ARMSTRONG.

9. It was further part of the conspiracy that in the Fall of 2000, John Doe 2 borrowed approximately $1000 from FARESE. FARESE explained to John Doe 2 that the interest on the loan was 10% per week. At the time that John Doe 2 borrowed the money from FARESE, John Doe 2 understood that ARMSTRONG was FARESE's partner. John Doe 2 was aware of ARMSTRONG's reputation for violence and believed that if he did not repay the loan he might be physically harmed by ARMSTRONG.

In violation of Title 18, United States Code, Section 892.

## COUNT TWO
### (Making Extortionate Extensions of Credit)

10. The allegations contained in paragraphs 1 through 3 of this Indictment are repeated, realleged and incorporated by reference as if fully set forth herein.

11. In or about the Fall of 2000, in the District of Massachusetts, the defendants

>VIRGIL "DUKE" FARESE and
>JAMES ARMSTRONG

knowingly and willfully made an extortionate extension of credit to John Doe 2, as defined in Title 18, United States Code, Section 891.

In violation of Title 18, United States Code, Sections 892 and 2.

## COUNT THREE

### (Conspiracy to Collect Extortionate Extensions of Credit)

12. The allegations numbered one through three and six through nine are realleged and incorporated herein.

13. Continuously from at least as early as February 1997, through in or about December, 2000, in the District of Massachusetts, and elsewhere, the defendants

> VIRGIL "DUKE" FARESE and
> JAMES ARMSTRONG

knowingly and willfully conspired with one another and with others to collect extortionate extensions of credit, as defined in Title 18, United States Code, Section 891.

In violation of Title 18, United States Code, Section 894.

## COUNT FOUR
### (Collection of Extortionate Extensions of Credit)

14. The allegations contained in paragraphs 1 through 3 of this Indictment are repeated, realleged and incorporated by reference as if fully set forth herein.

15. In or about the Fall of 2000, in the District of Massachusetts, the defendants

   VIRGIL "DUKE" FARESE and
   JAMES ARMSTRONG

did knowingly and willfully collect an extortionate extension of credit from John Doe 2, as defined in Title 18, United States Code, Section 891.

   In violation of Title 18, United States Code, Sections 894.

A TRUE BILL

*[signature]*

FOREPERSON OF THE GRAND JURY

*[signature]*

LAURA J. KAPLAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; July 14, 2005.

Returned into the District Court by the Grand Jurors

6

*[signature]* B Roland
Deputy Clerk
11 03A

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Boston/Quincy   Category No. 2   Investigating Agency DEA,DOL,BICE,BPD

City   Boston/Quincy   Related Case Information:

County   Norfolk/Suffolk   Superseding Ind./ Inf.   X   Case No.   05-10124(WGY)
Same Defendant   x   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAMES ARMSTRONG   Juvenile   ☐ Yes   ☒ No

Alias Name   n/a

Address   89 Worcester St., Boston, MA

Birth date (Year only): 1966   SSN (last 4   122   Se   m   Race:   white   Nationality   us

Defense Counsel if   Address:

Bar Number:

**U.S. Attorney Information:**

AUSA   Laura J. Kaplan   Bar Number if

Interpreter:   ☐ Yes ☒ No   List language and/or dialect:

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody _____ in _____
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeano ____   ☒ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date   July 14, 2005   Signature of   Laura Kaplan

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**  James Armstrong

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 892 | Conspiring and Making Extortionate Extensions | 1-2 |
| Set 2 | 18 U.S.C. §894 | Conspiring and Collecting Extortionate Extensi | 3-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Boston/Quincy    Category No. _____    Investigating Agency  DEA,DOL,BICE,BPD

City  Boston/Quincy    Related Case Information:

County  Norfolk/Suffolk    Superseding Ind./ Inf. _____    Case No.  05-10124(WGY)
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Virgil Farese    Juvenile  ☐ Yes  ☒ No

Alias Name  Duke

Address  21 Westgate Road, Framingham, MA

Birth date (Year only): 1933  SSN (last 4 #): 1696  Sex  m  Race:  white    Nationality:  us

Defense Counsel if known:  John LaChance, Esq.    Address:  600 Worcester Road
Framingham, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Laura J. Kaplan    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeanor    ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  July 14, 2005    Signature of AUSA:  *Laura Kaplan*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Virgil Farese

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 892 | Conspiring and Making Extortionate Extensions | 1-2 |
| Set 2 | 18 U.S.C. §894 | Conspiring and Collecting Extortionate Extensi | 3-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**