UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

    v.

JAMES ARMSTRONG and Virgil Farese,
       Defendant.

## MOTION TO CONTINUE

N O W   C O M E S Kevin Barron, counsel to defendant, JAMES ARMSTRONG, and respectfully moves for an order continuing the trial of this matter two weeks. Counsel makes this request because of unexpected events in post-conviction review of a Philadelphia murder case counsel has had since 2002, *Commonwealth v. Tyrelle Mitchell*, Phila. Common Pleas, 1990 Term, No.'s 344, 346, 348, 350 & 357.  Specifically, a percipient trial witness for the prosecution has come forward just weeks before the last day to file under AEDPA, even though this witness had refused to speak to counsel's investigator as late as October 2005. The witness' testimony makes out a claim for actual innocence and requires counsel to file a second petition in the Philadelphia Court of Common Pleas to preserve the unexhausted claim.  Counsel must also now redraft the *habeas corpus* petition and move for a stay under *Rhines v. Weber* before filing in the Western District of Pennsylvania.  Counsel expects to have to travel to Philadelphia.  The last day to file the petition falls on the week the trial begins.

There are good reasons to believe the petitioner, Mitchell is actually innocent. For example, two witnesses present but not called at trial due to trial counsel's error identify and alternative perpetrator and give Mitchell an alibi. Polygraph testing indicates their statements are truthful. Accordingly, counsel does not want important evidence of innocence to slip away from Federal review.

AUSA Laura Kaplan would not object to a two-week continuance. Co-counsel John LaChance has not responded at this time.

## CONCLUSION

For the reasons set forth above, this motion should be granted.

Dated this 6th day of February, 2006, at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

## CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 6, 2006. No party requires service by mail.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712