UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.05-10124-WGY |
| ) | |
| VIRGIL FARESE ) | |
| JAMES ARMSTRONG ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Kevin Bird to give testimony and provide other information and evidence pursuant to the provisions of Title 18, United States Code, Section 6002 and 6003.

Upon full consideration of the Application of the United States of America and it appearing to the satisfaction of this Court:

1. In the judgment of the United State Attorney, Kevin Bird is likely to refuse to testify or give other information on the basis of his privilege against self-incrimination; and

2. In the judgment of the United States Attorney, the testimony of Kevin Bird and the other information he may be able to provide may be necessary to the public interest.

3. That the Application filed herein has been made with the approval of Bruce C. Swartz, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§6002-6003 that Kevin Bird give testimony or provide other information as to all matters about which he may be interrogated before the Court of the United States or in any proceeding ancillary thereto.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Kevin Bird in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order. If Kevin Bird refuses to answer questions or produce evidence before the Court, the Court will hear and receive a Motion for holding Kevin Bird in contempt of this Court for disobedience of what the Court considers to be its lawful Order.

*William G. Young*
UNITED STATES DISTRICT JUDGE

DATE: *February 10*, 2006