UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

    v.

JAMES ARMSTRONG and Virgil Farese,
        Defendant.

DEFENDANT JAMES ARMSTRONG'S CROSS MOTION IN LIMINE TO
EXCLUDE "BAD CHARACTER" AND PRIOR CONVICTIONS

N O W   C O M E S James Armstrong, defendant, by his attorney, and cross moves, respectfully, for an order pursuant to FRE Rules 403 and 404(b) and the Fifth and Sixth Amendments to the US Const. excluding evidence of bad character and prior convictions. As set forth in Mr. Armstrong's memorandum filed with this motion, the government attempts to show that: (1)witnesses had heard in the "hog house" (the jobsite locker room) that Mr. Armstrong had a conviction for armed robbery and was a "tough guy" or a "serious kid"; (2) that Mr. Armstrong had beaten his union steward in a fight on the job - which the government will acknowledge had nothing to do with lending (to say nothing of loan shark enforcing). Nothing in the grand jury transcripts indicates that a witness knows of an instance of loan sharking enforcement by Mr. Armstrong or that he had a reputation for using extortionate means to collect.

       This evidence lacks "special relevance" to an issue in the case such as intent to use extortionate means to collect or knowledge of extortionate collection practices; it merely shows "bad character or propensity as a necessary link in the

1

inferential chain" and is, therefore, prohibited.  See, *US v. Varoudakis*, 233 F.3d 113 (1 Cir. 2000) citing *US v. Frankhauser*, 80 F.3d 641, 648 (1 Cir. 1996).  Second, under Rule 403, even if this evidence were specially relevant (which it is not), it should still be excluded because its probative value is substantially outweighed by the danger of unfair prejudice.  *Varoudakis, Id*.  The government really wants the jury to think: "once a crook, always a crook".

Mr. Armstrong moves on Sixth Amendment grounds under *Crawford* for the exclusion of all testimonial hearsay by any witness testifying generally about Mr. Armstrong's general or specific reputation or about prior bad acts and convictions.  *Crawford v. Washington*, 541 U.S. 36 (2004).

Dated this 15th day of February, 2006, at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 15, 2006.  No party requires service by mail.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712