UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>VIRGIL "DUKE" FARESE and )<br>JAMES ARMSTRONG )<br>)<br>Defendants. ) | CRIMINAL NO. 05-10124-WGY |

### GOVERNMENT'S LIST OF PROPOSED WITNESSES

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Laura J. Kaplan, Assistant U.S. Attorney, and hereby submits its witness list for the trial of this action.  The government reserves its right to supplement and/or modify this list in light of the evidence that is admitted at trial and with reasonable notice to the Court and the defendants.

1. Jonathan Gross
   Massachusetts

2. Scott Campitelli
   Massachusetts

3. Scott Colleary
   Massachusetts

4. Raymond Monsini
   Massachusetts

1

5.  Mario Datillio
    Georgia

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                /s/ Laura J. Kaplan
                LAURA J. KAPLAN
                Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2006, I have served a copy of the foregoing upon all counsel of record by electronic filing notice and first class mail.

                /s/ Laura J. Kaplan
                LAURA J. KAPLAN
                Assistant U.S. Attorney