UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                   |   |                              |
|-----------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA          | ) |                              |
|                                   | ) |                              |
| v.                                | ) | CRIMINAL NO. 05-10124-WGY    |
|                                   | ) |                              |
| VIRGIL "DUKE" FARESE and          | ) |                              |
| JAMES ARMSTRONG                   | ) |                              |
|                                   | ) |                              |
| Defendants.                       | ) |                              |

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Laura J. Kaplan, submits this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

| Exhibit No. | Govt's Exhibit No. | Description |
|-------------|--------------------|-------------|
|             | A                  | Immunity Order |
|             | B                  | Immunity Order |
|             | C                  | Immunity Order |
|             | D                  | J.F. Shea Co., Inc. Certification of Employment |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Laura J. Kaplan
LAURA J. KAPLAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2006, I have served a
copy of the foregoing upon all counsel of record by electronic
filing notice and first class mail.

/s/ Laura J. Kaplan
LAURA J. KAPLAN
Assistant U.S. Attorney