UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

v.

JAMES ARMSTRONG and Virgil Farese,
    Defendant.

DEFENDANT JAMES ARMSTRONG'S MOTION TO DISMISS

N O W  C O M E S defendant, James Armstrong, and moves, respectfully, pursuant to F.R.Crim.P. Rule 12(b), for an order dismissing all counts (one through four) of the indictment for making and collecting extortionate extensions of credit (18 USC §§891 *et seq*.) and conspiracy to commit the same on the grounds that the indictment was not returned with five years of the date of the offenses as alleged.  See, 18 USC §3282)(a).[1]

Dated this 21st day of February, 2006, at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

---

[1] "Except as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the information is instituted within five years next after such offense shall have been committed."

1

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 21, 2006. No party requires service by mail.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712

2