UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

v.

JAMES ARMSTRONG and Virgil Farese,
    Defendant.

JAMES ARMSTRONG'S MOTION TO SEAL

N O W  C O M E S  Kevin L. Barron, CJA counsel to defendant, and moves for an order sealing certain *ex parte* motions for funds in accordance with the procedures for impoundment in L.R. 7.2. Counsel moves on the grounds that said motions contain information that may refer to attorney work product and privileged communications. The Criminal Justice Act and the law of this Circuit require that these motions be filed *ex parte*. See, 18 U.S.C. § 3006A(e)(1) and *United States v. Abreu*, 202 F.3d 386 (1 Cir. 2000)(availability of funds in aid of sentencing as well as for competency issues; vacating and remanding for District Court's refusal to hear a confidential motion *ex parte.)*.

    As L.R. 7.2(d) requires, counsel files this motion before filing any *ex parte* motions. Counsel believes there is good cause that the impoundment order should not be lifted until after trial of this action. L.R. 7.2(a). In accordance with L.R. 7.2 (c), there should be no cut-off date for the order sought in this motion other than the date upon which a judgment becomes final. This request should not be construed as a blanket order of impoundment. L.R. 7.2(e). It is intended

1

to apply only to anticipated *ex parte* motions for funds of the type ordinary sought for indigent persons proceeding under the CJA. Counsel has already prepared the relevant motions needs only that this motion be granted to file them.

Dated this 21st day of February, 2006, at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 15, 2006. No party requires service by mail.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712

2