# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

February 23, 2006

AUSA Laura Kaplan, Esq.
Office of the US Attorney
One Courthouse Way - 9 Fl.
Boston, MA 02210

RE:     DEFENDANT'S DISCOVERY DISCLOSURE LETTER
        PURSUANT TO F.R.Crim.P. Rule 16(b)(1)(A) & (B) & L.R. 116.1(D)
        _United States  v. James Armstrong_; Action No. 1:05-cr-10124-WGY

Dear Ms. Kaplan,

This letter complies with the rules mentioned above.  Mr. Armstrong does not have "*books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items.... within the defendant's possession, custody, or control [that] the defendant intends to use the item in the defendant's case-in-chief at trial*".  Rule 16(b)(1)(A).  Furthermore, there are no "*results or reports of any physical or mental examination and of any scientific test or experiment within the defendant's possession, custody, or control [that] the defendant intends to use the item in the defendant's case-in-chief at trial*".  Rule 16(b)(1)(B).

Best regards,

/s/ *Kevin L. Barron*

Kevin L. Barron