# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

February 24, 2006

Mrs. Elizabeth Smith
Clerk to the Hon. Wm. G. Young, USDCJ
United States Courthouse
One Courthouse Way - 2nd Floor
Boston, MA 02111

FILED BY ECF


RE:   *US v. Armstrong & Farese*
      Action No. 1:05-cr-10124-WGY

Dear Mrs. Smith:

     This letter requests permission to use visual aids during opening argument in the Monday, February 27, 2006 trial of this matter. Counsel would like to use one visual aid in the form of a poster board of a government exhibit (Gov't exhibit D, Shea-Traylor-Healy work record of Armstrong's termination date). Counsel also requests use of the overhead digital projector to show approximately five papers summarizing or quoting witnesses' statements.

Best regards,

*Kevin L. Barron*

Kevin Barron
KB