UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

v.

JAMES ARMSTRONG and Virgil Farese,
    Defendant.

DEFENDANT JAMES ARMSTRONG'S
PROPOSED LIST OF EXHIBITS

N O W  C O M E S defendant, James Armstrong, by his counsel, and respectfully submits this List of Proposed Exhibits to assist the Court and the jury in the trial of this matter. Mr. Armstrong reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel and the government.

| Proposed Ex. No. | Description |
|---|---|
| Exhibit 1 | Certification of Employment Records Shea Traylor Healy (Same as government's Ex. D) |
| Exhibit 2 | Transcript Grand Jury Mar. 31, 2005 Scott Campitelli (or portions thereof) |
| Exhibit 3 | Transcript Grand Jury Oct. 21, 2004 Scott Colleary (or portions thereof) |
| Exhibit 4 | Transcript Grand Jury Sept. 9, 2004 Mario D'Atillio (or portions thereof) |
| Exhibit 5 | Transcript Grand Jury Mar. 24, 2005 Jonathan Gross (or portions thereof) |
| Exhibit 6 | Transcript Grand Jury Mar. 24, 2005 Raymond Monsini (or portions thereof) |

Exhibit 7          Immunity Order Feb. 10, 2005 Colleary
(Same as government's A, B & C, not attached.)

Exhibit 8          Immunity Order Feb. 10, 2005 Monsini
(Same as government's A, B & C, not attached.)

Dated this 24th day of February, 2006, at Boston, Massachusetts.

/s/ *Kevin L. Barron*

Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

## CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 24, 2006. No party requires service by mail.

/s/ *Kevin L. Barron*

Kevin Lawrence Barron BBO550712

2