UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

v.

JAMES ARMSTRONG and Virgil Farese,
    Defendant.

DEFENDANT JAMES ARMSTRONG'S
LIST OF WITNESSES

N O W  C O M E S defendant, James Armstrong, by his counsel, and respectfully submits this List of Witnesses to assist the Court and the jury in the trial of this matter.  Mr. Armstrong reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel and the government.

| Name | State of Residence |
|---|---|
| Eugene Kee | Massachusetts |
| Kevin Bird | Massachusetts |

All witnesses on the government's list.

    Dated this 24th day of February, 2006, at Boston, Massachusetts.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711
k@lawyerbarron.com

1

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on February 24, 2006. No party requires service by mail.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712