UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10124-WGY |
| ) | |
| VIRGIL "DUKE" FARESE and ) | |
| JAMES ARMSTRONG ) | |
| Defendants | |

**GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant. U.S. Attorney Laura J. Kaplan, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

    (a) ever been employed by the federal government in any capacity?

    (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

    (c) ever had any involvement, of any sort, with the United States Department of Labor or Drug Enforcement Administration?

2.   Have you, any member of your immediate family, or any close friend ever been involved in a criminal proceeding?

3.   Have you, any member of your immediate family, or any close friend ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

4.   Are you aware of any beliefs or feelings that you may have regarding the government that would in any way interfere with your ability to evaluate and judge fairly and impartially the facts of this case?

5.   In this trial, the government intends to introduce into evidence testimony from witnesses who are testifying pursuant to immunity orders.  Do you have any beliefs or views about such witnesses that would interfere with your ability to act fairly and impartially as a juror in this case?

6.   Are you aware of any beliefs or feelings that would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

7.   Do you know of any reason why you cannot sit as a fair

and impartial juror in the trial of this case?

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

BY: /s/ Laura J. Kaplan
     LAURA J. KAPLAN
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record for defendants Virgil "Duke" Farese and James Armstrong a copy of the foregoing document by CM/ECF, electronic filing this 24th day of February, 2006.

/s/ Laura J. Kaplan
LAURA J. KAPLAN
ASSISTANT UNITED STATES ATTORNEY