UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. No.: 05-10124-WGY |
| | ) | |
| | ) | |
| VIRGIL "DUKE" FARESE, AND | ) | |
| JAMES ARMSTRONG, | ) | |
|     Defendants | ) | |

## **DEFENDANTS' JOINT PROPOSED VOIR DIRE QUESTIONS**

NOW COMES, Virgil Farese and James Armstrong, the Defendants in the above-captioned indictment and without waiving their motion for attorney conducted voir dire submits the following proposed voir dire questions for use by this Honorable Court in the empalement of the jury. Defendants respectfully requests that this Court ask each of the proposed questions in order that the defendants may determine the impartiality of the jury venire, develop challenges for cause and wisely utilize their peremptory challenges.

This case involves allegations that Mr. Farese and Mr. Armstrong conspired with each other and with others to extend and collect extortionate extensions of credit.

Defendant reserves his right to supplement these requests up to and during jury selection.

1.      Have you, or any of your relatives or close friends had any experiences as victims of crime? Do you believe that violence contributed in any way to those incidents? Would your experience make it difficult for you to fairly and impartially listen to and evaluate the evidence in this case?

2.    Have you, or any of your relatives or a close friend been threatened with violence. If so please tell us about it.

## UNIONS

Both defendants in this case and many of the witnesses in this case are or are formerly members of the Local 88 of the Massachusetts Laborers Union who worked at the MWRA Tunnel Project in Framingham, Massachusetts at times relating to this indictment.

3.    Have you, or any of your relatives or a close friend now or ever been a member of a labor union. If so, which one?

4.    What do you know or what have you heard about the Massachusetts Laborers Union, the Local 88?

5.    Do any of you have strong feelings about labor unions in general or Local 88 in particular which would affect your ability to give both the defendants and the government a fair trial?

## PUBLICITY

6.    Have you heard or read anything about this case in the media?  Please describe how you feel about what you have heard or read?

7.    Have you heard or read anything about the defendants Virgil Farese or James Armstrong in the media?  If yes, what have you heard or read?

**WITNESSES**

8.    Some of the government's witnesses will be testifying under a grant of immunity

       initiated by the prosecutors. Do any of you believe that these witnesses are more or

       less believable because of this arrangement with the government? If yes, please

       explain why.

**LAW ENFORCEMENT**

9.    Have you, any member of your immediate family or a close friend ever applied for

       employment with or been employed by a law enforcement agency such as: the

       Federal Bureau of Investigation; Drug Enforcement Agency; Internal Revenue

       Service; Alcohol Tobacco & Firearms; United States Marshal's Office; state or local

       police or the office of a prosecutor?  If yes, please explain.

10.   Would you have a tendency to believe the testimony of a police officer or federal law

       enforcement agent more or less than that of a non law enforcement witness simply

       because of his or her status as a law enforcement agent?  If yes, please explain.

**THE COURT SYSTEM**

11.   Do you have strong feelings or beliefs about the criminal justice system that you

       think might make it difficult for you to sit as a juror in this case?  If so, please

       explain.

12.   Have you ever served as a juror in a criminal case before?  If yes, please state

       whether or not the jury deliberated to a verdict and what type of case you sat on.

-3-

13.    Please indicate if you have ever had a negative experience with a lawyer that you think might affect your ability to be fair and impartial to the government, the defendant or the lawyers in this case.

### MISCELLANEOUS

14.    Have any of you or any of your family members or a close friend ever worked as an informant or in any undercover capacity or provided tips for any law enforcement agency? If yes, explain.

15.    Have you, any member of your immediate family or a close friend ever testified as a witness in a criminal case?  If yes, please describe the circumstances surrounding such testimony.

16.    Do you feel that Virgil Farese and James Armstrong are probably guilty, because otherwise, they would not be on trial? If yes, please explain.

17.    Are you presently or have you ever been under investigation by any agency of the United States Government?  If yes, please explain.

Dated: February 24, 2006

Respectfully submitted,                         Respectfully submitted,
**VIRGIL FARESE**                              **JAMES ARMSTRONG**
By his Attorney;                                By his Attorney;


s/s John H. LaChance                            s/s Kevin Barron
John H. LaChance, Esquire                       Kevin L. Barron, Esquire
BBO# 282500                                     BBO# 550712
600 Worcester Road                              453 Washington Street
Framingham, MA 01702                            Boston, MA 02111
Tel: (508) 879-5730                             Tel: (617) 407-6837

-4-