UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 05-10124-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ARMSTRONG, | ) | |
| Defendant | ) | |

## MOTION FOR JUDGEMENT OF ACQUITTAL AT THE CONCLUSION OF ALL OF THE EVIDENCE

NOW COMES, James Armstrong, the defendant in the above-captioned indictments and moves pursuant to the Federal Rules of Criminal Procedure, Rule 29 for a judgement of acquittal on the grounds that the evidence presented is insufficient as a matter of law to support the indictments at the conclusion of all of the evidence.

More specifically, the defendant submits as to each count of the indictment:

1. The evidence taken in the light most favorable to the government is insufficient for a reasonable juror to conclude that any extortionate extension of credit or any extortionate collection of credit took place within the statute of limitations.

2. The evidence taken in the light most favorable to the government is insufficient for a reasonable juror to conclude that it was the understanding of the creditor **and** the debtor, at the time the extension of credit was made, that delay in making the repayment on that failure to make repayment could result in the use of violence.

3. The evidence taken in the light most favorable to the government, is insufficient for a reasonable juror to conclude that the defendant knowingly used or participated in the use of extortionate means to collect an extension of credit.

4. The evidence taken in the light most favorable to the government is insufficient for a reasonable juror to conclude that the defendant expressly or implicitly threatened the use of violence or other criminal means to cause harm to the person or property of any person.

                                                Respectfully submitted
**JAMES ARMSTRONG**
by his Attorney,

Dated: February 28, 2006                        s/s Kevin L. Barron
Kevin L. Barron, Esquire
BBO# 550712
453 Washington Street
5th floor
Boston, MA 02111
Tel:  (617) 407-6837