UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10124-WGY

UNITED STATES OF AMERICA,

v.

JAMES ARMSTRONG and Virgil Farese,
    Defendant.

MOTION FOR TRANSCRIPT FUNDS

N O W   C O M E S defendant, JAMES ARMSTRONG, and moves pursuant to 18 U.S.C. § 3006A, the 5th Amendment to the U.S. Constitution and *Britt v. North Carolina*, 404 U.S. 226, 227 (1971) for an order authorizing funds for production of a transcript of the Court's February 2nd ruling granting the defendants' motion for a judgment of acquittal at the conclusion of all the evidence. Counsel wishes to know how best to proceed on Tuesday, March 7 and having a transcript would give counsel a precise understanding of the court's ruling.

Dated this 3rd day of March, 2006 at Boston, Massachusetts.

/s/    *Kevin L. Barron*
Kevin Lawrence Barron BBO550712
Attorney for James Armstrong
453 Washington Street - 5th Fl.
Boston MA 02111-1325
Tel. No. 617-407-6837
Cellular 617-407-6837
Telecopier 617-517-7711

CERTIFICATE OF SERVICE: Counsel certifies that he has served AUSA Laura Kaplan, Esq., and Co-counsel John LaChance, Esq., electronically with a true copy of this motion by the CM/ECF of this District today on March 3, 2006. No party requires service by mail.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron BBO550712

1