# United States District Court

DISTRICT OF —————

U.S.

v.

Virgil Farese
James Armstrong

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 05-10124-WGY

| | PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| | Young | | | Kaplan | Lachance Barron |
| | TRIAL DATE(S) | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/27/06 | | | Raymond Monsini |
| | | | C | 1 | Immunity Order for Monsini |
| | | 2/28/06 | | | Raymond Monsini |
| | | | G | | Grand Jury transcript of Monsini |
| | | 2/28/06 | | | Mario Datillio |
| | | | | | Jury quest. #1, #2 |
| | | | | | Scott Colleary |
| | | | A | 2 | Immunity Order for Colleary |
| | | | J | | Grand Jury transcript |
| | | 3/1/06 | | | Jonathan Gross |
| | | | | | Jury quest. 3,4,5, |
| | | | K | | Stipulation re employment 1 |
| | | | F | | Stipulation re employment of Armstrong |
| | | | | | Det. Joseph Sirignano |
| | | | M | 3 | Blow up of Braintree Weymouth Site |
| | | | N | | handwritten notes |
| | | | | | Scott Campitelli |
| | | | P | | Workers comp claim report |
| | | 3/2/06 | Di | | Chart - Armstrong termination |
| | | 3/2/06 | | | Scott Campitelli |
| | | 3/7/06 | | | Joseph MacDonald |
| | | | | | Jury quest. #6 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) ⊕    **EXHIBIT AND WITNESS LIST — CONTINUATION**

|  | | | | VS. Virgil Faucee Dennis Armstrong | CASE NO. C5 CR 10124 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 3/7/06 | | | William Campitelli |
| | | | | | Joseph Mc Donald recalled |
| | | | E | | Stipulation re users notices |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |