UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Criminal Action
                                                    No: 05-10124-WGY

UNITED STATES

v.

VIRGIL FARESE
JAMES ARMSTRONG
Defendant

JUDGMENT OF ACQUITTAL

       The Court has Directed a Verdict for defendants VIRGIL FARESE AND JAMES ARMSTRONG . It is ORDERED that the defendants VIRGIL FARESE and JAMES ARMSTRONG are acquitted, discharged, and any bond exonerated. The defendants are released to go without day.

                                                    /s/ William G. Young

                                                    William G. Young
                                                    United States District Judge

March 7, 2006

To: All Counsel