```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        05-10124-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *     TESTIMONY OF
     v.                             *   WILLIAM CAMPITELLI, SR.
 7                                  *
     VIRGIL "DUKE" FARESE and       *
 8   JAMES ARMSTRONG                *
                                    *
 9   * * * * * * * * * * * * * * * *

10

11           BEFORE:  The Honorable William G. Young,
                      District Judge, and a Jury
12

13

14
     APPEARANCES:
15
             LAURA J. KAPLAN, Assistant United States
16      Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Government
17

18           JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
        Suite 501, Framingham, Massachusetts 01701, on
19      behalf of Virgil Farese

20           KEVIN LAWRENCE BARRON, ESQ., 453 Washington
        Street, Suite 5B, Boston, Massachusetts
21      02111-1325, on behalf of James Armstrong

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          March 7, 2006
```